Exhibit 1

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,891,375**

**Registered Jan. 26, 2016**

**Int. Cls.: 9, 13, 24, 25 and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

LINEWEIGHT, LLC (NEW YORK LIMITED LIABILITY COMPANY)
63 FLUSHING AVENUE, UNIT 252
BROOKLYN, NY 11205

FOR: BODY ARMOR AND PROTECTIVE GEAR, NAMELY, BALLISTIC VESTS, BALLISTIC AND BLAST RESISTANT BODY ARMOR, BALLISTIC, BLAST RESISTANT HELMETS AND EYE GLASSES; PROTECTIVE BALLISTIC RESISTANT AND BLAST RESISTANT BODY ARMOR, CLOTHING AND GARMENTS; PROTECTIVE BODY COOLING GEAR, NAMELY, PASSIVE COOLING BALLISTIC AND BLAST RESISTANT BODY ARMOR AND HELMETS TO PREVENT INJURY DUE TO OVERHEATING; ARMOR COMPONENTS, NAMELY, SOFT ARMOR INSERTS FOR BLAST RESISTANT AND BALLISTIC BODY ARMOR, HELMETS, EYEWEAR, BAGS, POUCHES AND RELATED ACCESSORIES IN THE NATURE OF ZIP ON, MAGAZINE, RADIO, AND PLATE POUCHES; JOINT PROTECTIVE PADS AND PROTECTORS FOR ATTACHMENT TO CLOTHING FOR USE BY SOLDIERS AND POLICE OFFICERS, NAMELY, KNEE AND ELBOW PADS; BALLISTIC VESTS; PROTECTIVE BALLISTIC RESISTANT AND BLAST RESISTANT BODY ARMOR, CLOTHING AND GARMENTS IN THE NATURE OF COMBAT SHIRTS, COMBAT PANTS, FIELD PANTS, FIELD SHIRTS, AND FIELD OUTERWEAR; PROTECTIVE BODY ARMOR, NAMELY, BALLISTIC, BULLET, BLAST, SLASH AND STAB RESISTANT VESTS; PROTECTIVE LOAD BEARING VESTS REINFORCED WITH BALLISTIC ARMOR FOR HOLDING TACTICAL EQUIPMENT; SAFETY HARNESSES OTHER THAN FOR VEHICLES OR SPORTS PURPOSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-29-2014; IN COMMERCE 10-29-2014.

FOR: FIREARMS, AND FIREARM COMPONENTS AND ACCESSORIES, NAMELY, BARRELS, QUICK ATTACHMENT MOUNTS, GRIPS, CHOKE'S, HAND GUARDS, COLOR-CODED CYLINDERS, AND STOCK KITS; BELTS, BAGS, POUCHES AND BELT SLEEVES SPECIFICALLY ADAPTED FOR AMMUNITION; CASES FOR LARGE SIZE AMMUNITION; LOAD BEARING VESTS ADAPTED PRIMARILY FOR HOLDING GUNS, GRENADES AND AMMUNITION, IN CLASS 13 (U.S. CLS. 2 AND 9).

FIRST USE 10-29-2014; IN COMMERCE 10-29-2014.

FOR: FABRICS FOR TEXTILE USE; FABRIC WITH PREFORMED OPENINGS USED IN THE FURTHER MANUFACTURE OF TACTICAL GEAR, BALLISTIC VESTS, BACKPACKS, AND BELTS, IN CLASS 24 (U.S. CLS. 42 AND 50).

**Reg. No. 4,891,375**

FIRST USE 10-29-2014; IN COMMERCE 10-29-2014.

FOR: CLOTHING, NAMELY, TOPS AND BOTTOMS; SHIRTS; CAPS; PANTS; FOOTWEAR; JACKETS; HEADWEAR; GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-29-2014; IN COMMERCE 10-29-2014.

FOR: RETAIL STORE SERVICES AND WHOLESALE DISTRIBUTORSHIPS FEATURING APPAREL, HEADWEAR, BELTS, ARMOR, PROTECTIVE GEAR AND EQUIPMENT, FABRICS, FIREARMS, AND FIREARM COMPONENTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-29-2014; IN COMMERCE 10-29-2014.

THE MARK CONSISTS OF THE LETTER "P" WITHIN A LARGER "C" WITH BREAKS AT THE TOP, CENTER AND BOTTOM OF THE LINE THAT CRATES THE LETTER "C", ALL WITHIN A CIRCLE.

SER. NO. 86-438,571, FILED 10-29-2014.

WILLIAM ROSSMAN, EXAMINING ATTORNEY

```
REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.
```

**Requirements in the First Ten Years\***
**What and When to File:**

> **First Filing Deadline:** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> **Second Filing Deadline:** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# ATLAS STANDARD

**Reg. No. 6,821,239**

**Registered Aug. 16, 2022**

**Int. Cl.: 9, 25**

**Trademark**

**Principal Register**

LineWeight LLC  (NEW YORK LIMITED LIABILITY COMPANY)
Brooklyn Navy Yard, Building 128B
63 Flushing Avenue, Unit 252
Brooklyn, NEW YORK 12205

CLASS 9: Protective ballistic resistant and blast resistant clothing and garments

FIRST USE 7-00-2019; IN COMMERCE 7-00-2019

CLASS 25: Clothing, namely, tops and bottoms; shirts; pants; jackets

FIRST USE 7-00-2019; IN COMMERCE 7-00-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-671,498, FILED 06-23-2015



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# HighBlend

**Reg. No. 5,509,444**

**Registered Jul. 03, 2018**

**Int. Cl.: 24**

**Trademark**

**Principal Register**

LINEWEIGHT, LLC  (NEW YORK LIMITED LIABILITY COMPANY)
63 Flushing Ave, Unit 252
Brooklyn, NEW YORK 11205

CLASS 24: Fabrics for textile use

FIRST USE 11-4-2016; IN COMMERCE 12-16-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-377,950, FILED 03-20-2017



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# AirLite

**Reg. No. 6,214,223**

**Registered Dec. 08, 2020**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Lineweight LLC (NEW YORK LIMITED LIABILITY COMPANY)
Brooklyn Navy Yrd 63 Flushing Ave, # 252
Brooklyn, NEW YORK 11205

CLASS 9: Articles of protective clothing in the nature of utility vests that may be used with body armor for protection against accident or injury, sold with detachable belts, flaps and pouches, and for holding tactical equipment all for use in military and police applications

FIRST USE 12-31-2012; IN COMMERCE 12-31-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-616,263, FILED 09-13-2019



Director of the United States
Patent and Trademark Office



## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# ATO - ALPINE TERRAIN OPERATIONS

**Reg. No. 6,783,168**

**Registered Jul. 05, 2022**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

LINEWEIGHT, LLC  (NEW YORK LIMITED LIABILITY COMPANY)
Brooklyn Navy Yard
63 Flushing Ave. Bldg. 128 Suite B
Brooklyn, NEW YORK 11205

CLASS 25: Clothing, namely, jackets and pants

FIRST USE 10-19-2021; IN COMMERCE 10-19-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO
ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-249,331, FILED 10-12-2020



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# MULTICAM

**Reg. No. 4,443,275**

**Registered Dec. 3, 2013**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

LINEWEIGHT LLC (NEW YORK LIMITED LIABILITY COMPANY)
BROOKLYN NAVY YARD
63 FLUSHING AVENUE, UNIT 252
BROOKLYN, NY 11205

FOR: PRINTED CAMOUFLAGE PATTERNS FOR USE ON FABRICS AND HARD SURFACES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-30-2003; IN COMMERCE 9-30-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-902,531, FILED 4-12-2013.

MARILYN IZZI, EXAMINING ATTORNEY



Commissioner for Trademarks of the
United States Patent and Trademark Office

<div style="border: 1px solid black; padding: 10px;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL**
**TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE**
**DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border: 1px solid black; padding: 10px;">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# MULTICAM

**Reg. No. 4,737,503**

**Registered May 19, 2015**

**Int. Cls.: 9, 13, 24 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LINEWEIGHT, LLC (NEW YORK LIMITED LIABILITY COMPANY)
BROOKLYN NAVY YARD
63 FLUSHING AVENUE, UNIT 252
BROOKLYN, NY 11205

FOR: PROTECTIVE HELMETS; SUNGLASSES; PROTECTIVE BALLISTIC RESISTANT AND
BLAST RESISTANT BODY ARMOR, CLOTHING AND GARMENTS; PROTECTIVE BODY
ARMOR, NAMELY, BALLISTIC, BULLET, BLAST, SLASH AND STAB RESISTANT VESTS;
PROTECTIVE LOAD BEARING VESTS REINFORCED WITH BALLISTIC ARMOR FOR
HOLDING TACTICAL EQUIPMENT; SAFETY HARNESSES OTHER THAN FOR VEHICLES
OR SPORTS PURPOSES; CLOTHING FOR PROTECTION AGAINST ACCIDENTS, IRRADI-
ATION AND FIRE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-2006; IN COMMERCE 0-0-2006.

FOR: BELTS, BAGS, POUCHES AND BELT SLEEVES ADAPTED FOR AMMUNITION , IN
CLASS 13 (U.S. CLS. 2 AND 9).

FIRST USE 0-0-2006; IN COMMERCE 0-0-2006.

FOR: FABRICS FOR TEXTILE USE, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-2006; IN COMMERCE 0-0-2006.

FOR: CLOTHING, NAMELY, TOPS AND BOTTOMS; SHIRTS; CAPS; PANTS; FOOTWEAR;
JACKETS; HEADWEAR; GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-2006; IN COMMERCE 0-0-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 4,443,275.

SER. NO. 86-161,754, FILED 1-9-2014.

SIMON TENG, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

```
┌──────────────────────────────────────────────────────────────────┐
│              REQUIREMENTS TO MAINTAIN YOUR FEDERAL                  │
│                   TRADEMARK REGISTRATION                           │
│                                                                    │
│   WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE │
│       DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.           │
└──────────────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# ALPINE

**Reg. No. 4,956,329**

**Registered May 10, 2016**

**Int. Cls.: 9, 13, 16, 24, and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LINEWEIGHT, LLC (NEW YORK LIMITED LIABILITY COMPANY)
BROOKLYN NAVY YARD
63 FLUSHING AVENUE, UNIT 252
BROOKLYN, NY 11205

FOR: TACTICAL AND BALLISTIC PROTECTIVE HELMETS; SUNGLASSES; PROTECTIVE BALLISTIC RESISTANT AND BLAST RESISTANT BODY ARMOR, CLOTHING AND GARMENTS; PROTECTIVE BODY ARMOR, NAMELY, BALLISTIC, BULLET, BLAST, SLASH AND STAB RESISTANT VESTS; PROTECTIVE LOAD BEARING VESTS REINFORCED WITH BALLISTIC ARMOR FOR HOLDING TACTICAL EQUIPMENT; SAFETY HARNESSES OTHER THAN FOR VEHICLES OR SPORTS PURPOSES; CLOTHING FOR PROTECTION AGAINST ACCIDENTS, IRRADIATION AND FIRE; ALL OF THE FOREGOING FEATURING CAMOUFLAGE PATTERNS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-26-2013; IN COMMERCE 11-26-2013.

FOR: BELTS, BAGS, POUCHES AND BELT SLEEVES ADAPTED FOR AMMUNITION, IN CLASS 13 (U.S. CLS. 2 AND 9).

FIRST USE 11-26-2013; IN COMMERCE 11-26-2013.

FOR: PRINTED CAMOUFLAGE PATTERNS FOR USE ON FABRICS AND HARD SURFACES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-26-2013; IN COMMERCE 11-26-2013.

FOR: FABRICS FOR TEXTILE USE, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 11-26-2013; IN COMMERCE 11-26-2013.

FOR: CAMOUFLAGE CLOTHING, NAMELY, TOPS AND BOTTOMS; SHIRTS; CAPS; PANTS; JACKETS; CAMOUFLAGE FOOTWEAR, CAMOUFLAGE HEADWEAR; CAMOUFLAGE GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-26-2013; IN COMMERCE 11-26-2013.



Director of the United States
Patent and Trademark Office

**Reg. No. 4,956,329**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-161,774, FILED 1-9-2014.

SIMON TENG, EXAMINING ATTORNEY

```
REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.
```

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# ARID

**Reg. No. 4,748,932**

**Registered June 2, 2015**

**Int. Cls.: 9, 13, 16, 24, and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LINEWEIGHT, LLC (NEW YORK LIMITED LIABILITY COMPANY)
63 FLUSHING AVENUE, UNIT 252
BROOKLYN NAVY YARD
BROOKLYN, NY 11205

FOR: PROTECTIVE HELMETS; SUNGLASSES; PROTECTIVE BALLISTIC RESISTANT AND BLAST RESISTANT BODY ARMOR, CLOTHING AND GARMENTS; PROTECTIVE BODY ARMOR, NAMELY, BALLISTIC, BULLET, BLAST, SLASH AND STAB RESISTANT VESTS; PROTECTIVE LOAD BEARING VESTS REINFORCED WITH BALLISTIC ARMOR FOR HOLDING TACTICAL EQUIPMENT; SAFETY HARNESSES OTHER THAN FOR VEHICLES OR SPORTS PURPOSES; CLOTHING FOR PROTECTION AGAINST ACCIDENTS, IRRADI- ATION AND FIRE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-26-2013; IN COMMERCE 11-26-2013.

FOR: BELTS, BAGS, POUCHES AND BELT SLEEVES ADAPTED FOR AMMUNITION, IN CLASS 13 (U.S. CLS. 2 AND 9).

FIRST USE 11-26-2013; IN COMMERCE 11-26-2013.

FOR: PRINTED CAMOUFLAGE PATTERNS FOR USE ON FABRICS AND HARD SURFACES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-26-2013; IN COMMERCE 11-26-2013.

FOR: FABRICS FOR TEXTILE USE, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 11-26-2013; IN COMMERCE 11-26-2013.

FOR: CLOTHING, NAMELY, TOPS AND BOTTOMS; SHIRTS; CAPS; PANTS; FOOTWEAR; JACKETS; HEADWEAR; GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-26-2013; IN COMMERCE 11-26-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR- TICULAR FONT, STYLE, SIZE, OR COLOR.



Director of the United States
Patent and Trademark Office

**Reg. No. 4,748,932** SN 86-161,787, FILED 1-9-2014.

SIMON TENG, EXAMINING ATTORNEY

```
┌─────────────────────────────────────────────────────────────┐
│         REQUIREMENTS TO MAINTAIN YOUR FEDERAL                │
│              TRADEMARK REGISTRATION                          │
│                                                             │
│   WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE │
│        DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.    │
└─────────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# TROPIC

Reg. No. 4,748,933

Registered June 2, 2015

Int. Cls.: 9, 13, 16, 24, and 25

TRADEMARK

PRINCIPAL REGISTER

LINEWEIGHT, LLC (NEW YORK LIMITED LIABILITY COMPANY)
63 FLUSHING AVENUE, UNIT 252
BROOKLYN NAVY YARD
BROOKLYN, NY 11205

FOR: PROTECTIVE HELMETS; SUNGLASSES; PROTECTIVE BALLISTIC RESISTANT AND BLAST RESISTANT BODY ARMOR, CLOTHING AND GARMENTS; PROTECTIVE BODY ARMOR, NAMELY, BALLISTIC, BULLET, BLAST, SLASH AND STAB RESISTANT VESTS; PROTECTIVE LOAD BEARING VESTS REINFORCED WITH BALLISTIC ARMOR FOR HOLDING TACTICAL EQUIPMENT; SAFETY HARNESSES OTHER THAN FOR VEHICLES OR SPORTS PURPOSES; CLOTHING FOR PROTECTION AGAINST ACCIDENTS, IRRADIATION AND FIRE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-26-2013; IN COMMERCE 11-26-2013.

FOR: BELTS, BAGS, POUCHES AND BELT SLEEVES ADAPTED FOR AMMUNITION, IN CLASS 13 (U.S. CLS. 2 AND 9).

FIRST USE 11-26-2013; IN COMMERCE 11-26-2013.

FOR: PRINTED CAMOUFLAGE PATTERNS FOR USE ON FABRICS AND HARD SURFACES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-26-2013; IN COMMERCE 11-26-2013.

FOR: FABRICS FOR TEXTILE USE, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 11-26-2013; IN COMMERCE 11-26-2013.

FOR: CLOTHING, NAMELY, TOPS AND BOTTOMS; SHIRTS; CAPS; PANTS; FOOTWEAR; JACKETS; HEADWEAR; GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-26-2014; IN COMMERCE 11-26-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.



Director of the United States
Patent and Trademark Office

**Reg. No. 4,748,933** SN 86-161,810, FILED 1-9-2014.

SIMON TENG, EXAMINING ATTORNEY

```
┌─────────────────────────────────────────────────────────────────┐
│              REQUIREMENTS TO MAINTAIN YOUR FEDERAL                │
│                   TRADEMARK REGISTRATION                          │
│                                                                   │
│   WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE │
│        DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.         │
└─────────────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# HALFJAK

Reg. No. 4,887,765

Registered Jan. 19, 2016

Int. Cl.: 25

TRADEMARK

PRINCIPAL REGISTER

LINEWEIGHT LLC (NEW YORK LIMITED LIABILITY COMPANY)
63 FLUSHING AVENUE, UNIT 252
BROOKLYN, NY 11205

FOR: DEPLOYABLE WEATHER-RESISTANT OVER-GARMENTS, NAMELY, OVER-COATS, FOR USE BY LAW ENFORCEMENT, MILITARY, AND OUTDOOR SPORTSMEN, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-2012; IN COMMERCE 1-0-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-438,564, FILED 10-29-2014.

GILBERT SWIFT, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.