# Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-942-951**

Effective Date of Registration:
February 18, 2015

## Title

**Title of Work:** CAMOUFLAGE PATTERN

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** December 31, 2005
**Nation of 1st Publication:** United States

## Author

- **Author:** Caleb Crye
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1975

## Copyright Claimant

**Copyright Claimant:** Caleb Crye
Brooklyn Navy Yard, 63 Flushing Avenue, Unit 252, Brooklyn, NY, 11205, United States

## Rights and Permissions

**Organization Name:** Merchant & Gould PC
**Name:** Gregory A Sebald
**Email:** gsebald@merchantgould.com
**Telephone:** (612)332-5300
**Alt. Telephone:** (612)336-4728
**Address:** 80 South 8th Street
3200 IDS Center
Minneapolis, MN 55402 United States

## Certification

**Name:** Gregory A Sebald
**Date:** February 18, 2015
**Applicant's Tracking Number:** 17333.0053US02

**Correspondence:** Yes

TRANSMITTAL OF CERTIFICATE OF REGISTRATION
COUNTRY: United States
DATE: 05/20/2014

The following trademark has issued to registration and has been docketed for renewal. Please proofread and contact Docketing with any questions or corrections.

ATY#1: DGE - DIANNA G. EL HIOUM
DOCKET NUMBER: 17333.0021US01
Client Reference:
Trademark: MULTICAM BLACK
Paralegal: RVC - REGINA V. CULBERT
Application Number: N
Application Date: 01/08/2014
Registration Number: VA1902826
Registration Date: 01/08/2014
Renewal Due Date:
Client: CRYE PRECISION, LLC
Assignee: LINEWEIGHT, LLC
Status: Registered

## Actions Docketed

| Action | Action Due Date | Notes |
|--------|-----------------|-------|

## Class & Goods

| Type | Class Number | Goods |
|------|--------------|-------|

DJbL

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-902-826

**Effective date of registration:**

January 8, 2014

---

## Title
- **Title of Work:** BLACK - color

## Completion/Publication
- **Year of Completion:** 2013
- **Date of 1st Publication:** November 25, 2013
- **Nation of 1st Publication:** United States

## Author
- **Author:** LineWeight LLC
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright claimant
- **Copyright Claimant:** LineWeight LLC
  Brooklyn Navy Yard, 63 Flushing Ave., Unit 252, Brooklyn, NY, 11205, United States

## Rights and Permissions
- **Organization Name:** LineWeight, LLC
- **Name:** Jonathan Antone, Esq.
- **Email:** jantone@cryeprecision.com
- **Telephone:** 718-246-3876
- **Address:** Brooklyn Navy Yard
  63 Flushing Avenue, Unit 252
  Brooklyn, NY 11205 United States

## Certification
- **Name:** Regina Culbert
- **Date:** January 8, 2014
- **Applicant's Tracking Number:** 17333.0021US01

**Registration #:** VA0001902826
**Service Request #:** 1-1130883945

*0000VA0001902826 0101*

Merchant & Gould
Regina Culbert
P.O Box 2903
Minneapolis, MN 55402 United States

TRANSMITTAL OF CERTIFICATE OF REGISTRATION
COUNTRY: United States
DATE: 05/20/2014

The following trademark has issued to registration and has been docketed for renewal. Please proofread and contact Docketing with any questions or corrections.

ATY#1: DGE - DIANNA G. EL HIOUM
DOCKET NUMBER: 17333.0023US01
Client Reference:
Trademark: TROPIC
Paralegal: RVC - REGINA V. CULBERT
Application Number: N
Application Date: 01/08/2014
Registration Number: VA1902832
Registration Date: 01/08/2014
Renewal Due Date:
Client: CRYE PRECISION, LLC
Assignee: LINEWEIGHT, LLC
Status: Registered

## Actions Docketed

| Action | Action Due Date | Notes |
|---|---|---|

## Class & Goods

| Type | Class Number | Goods |
|---|---|---|

D✓b ↓

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**Registration Number**

**VA 1-902-832**

Effective date of registration:
January 8, 2014

## Title
**Title of Work:** TROPIC - color

## Completion/Publication
**Year of Completion:** 2013
**Date of 1st Publication:** November 25, 2013  **Nation of 1st Publication:** United States

## Author
- **Author:** LineWeight LLC
  **Author Created:** 2-D artwork

  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** LineWeight LLC
Brooklyn Navy Yard, 63 Flushing Ave., Unit 252, Brooklyn, NY, 11205, United States

## Rights and Permissions
**Organization Name:** LineWeight, LLC
**Name:** Jonathan Antone, Esq.
**Email:** jantone@cryeprecision.com  **Telephone:** 718-246-3876
**Address:** Brooklyn Navy Yard
63 Flushing Avenue, Unit 252
Brooklyn, NY 11205 United States

## Certification
**Name:** Regina Culbert
**Date:** January 8, 2014
**Applicant's Tracking Number:** 17333.0023US01

**Registration #:** VA0001902832
**Service Request #:** 1-1130904301



Merchant & Gould
Regina Culbert
P.O Box 2903
Minneapolis, MN 55402 United States

TRANSMITTAL OF CERTIFICATE OF REGISTRATION
COUNTRY: United States
DATE: 06/12/2014

The following trademark has issued to registration and has been docketed for renewal. Please proofread and contact Docketing with any questions or corrections.

ATY#1: DGE - DIANNA G. EL HIOUM
DOCKET NUMBER: 17333.0026US01
Client Reference:
Trademark: ARID (COLOR)
Paralegal: DIM - DANIELLE I. MATTESSICH
Application Number: N
Application Date: 01/08/2014
Registration Number: VA1902827
Registration Date: 01/08/2014
Renewal Due Date:
Client: CRYE PRECISION, LLC
Assignee: LINEWEIGHT LLC
Status: Registered

## Actions Docketed

| Action | Action Due Date | Notes |
| --- | --- | --- |

## Class & Goods

| Type | Class Number | Goods |
| --- | --- | --- |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-902-827**

Effective date of registration:

January 8, 2014

## Title
**Title of Work:** ARID - color

## Completion/Publication
**Year of Completion:** 2013
**Date of 1st Publication:** November 25, 2013    **Nation of 1st Publication:** United States

## Author
- **Author:** LineWeight LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** LineWeight LLC
Brooklyn Navy Yard, 63 Flushing Ave., Unit 252, Brooklyn, NY, 11205, United States

## Rights and Permissions
**Organization Name:** LineWeight, LLC
**Name:** Jonathan Antone, Esq.
**Email:** jantone@cryeprecision.com    **Telephone:** 718-246-3876
**Address:** Brooklyn Navy Yard
63 Flushing Avenue, Unit 252
Brooklyn, NY 11205 United States

## Certification
**Name:** Regina Culbert
**Date:** January 8, 2014
**Applicant's Tracking Number:** 17333.0026US01

**Registration #:** VA0001902827
**Service Request #:** 1-1130777731



Merchant & Gould
Regina Culbert
P.O Box 2903
Minneapolis, MN 55402  United States