**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Crye Precision LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A

Case Number: **25-cv-2721**

An appearance is hereby filed by the undersigned as attorney for:

**ace-arms**
**krydex-tactical**
**NOX OUTDOOR GEAR**

Attorney name (type or print): Christopher Keleher

Firm: The Keleher Appellate Law Group, LLC

Street address: 1 East Erie, Suite 525

City/State/Zip: Chicago, Illinois 60611

Bar ID Number: 6277771
(See item 3 in instructions)

Telephone Number: 312-448-8491

Email Address: ckeleher@appellatelawgroup.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | X Yes | ☐ No |
| Are you a member of the court's general bar? | X Yes | ☐ No |
| Are you a member of the court's trial bar? | X Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | X No |
| If this case reaches trial, will you act as the trial attorney? | X Yes | ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 19, 2025

Attorney signature:     S/ Christopher Keleher
                        (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023