# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Crye Precision LLC

                                         Plaintiff,

v.                                                      Case No.: 1:25−cv−02721

                                                    Honorable Mary M. Rowland

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 27, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion [94] to strike JOYAS' Motion to set aside the default [93] and Answer [92] is granted. First there has not been a default entered. Second, JOYAS is not represented by counsel. As a corporate entity, even one with only one member, it must have counsel. The Answer [92] is stricken and JOYAS' motion [93] is denied. Plaintiff's motion [94] is granted. This reasoning applies to JOYAS' motion regarding insufficient service [95]. That motion is denied because JOYAS is not properly represented by counsel. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.